**United States District Court**
**District of Columbia**

| | |
|---|---|
| **The Christian Civic League of Maine, Inc.**<br>70 Sewall Street<br>Augusta, ME 04330,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**Federal Election Commission,**<br>999 E Street, NW<br>Washington, DC 20463,<br><br>*Defendant.* | Cause No. _____ |

**Local Rule 7.1 Corporate Disclosure Certificate**

I, the undersigned, counsel of record for Plaintiff the Christian Civic League of Maine, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of the Christian Civic League of Maine, Inc. which have any outstanding securities in the hands of the public.

Respectfully submitted,

_____
M. Miller Baker, D.C. Bar # 444736
Michael S. Nadel, D.C. Bar # 470144
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, NW
Washington, D.C. 20005-3096
202/756-8000 telephone
202/756-8087 facsimile
*Local Counsel for Plaintiff*

_____
James Bopp, Jr.*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807
812/232-2434 telephone
812/234-3685 facsimile
*Lead Counsel for Plaintiff*
*Pro Hac Vice Motion filed April 3, 2006*

**Corp. Disclosure**