United States District Court
District of Columbia

| | |
|---|---|
| The Christian Civic League of Maine, Inc.<br>70 Sewall Street<br>Augusta, ME 04330,<br>*Plaintiff*,<br><br>v.<br><br>Federal Election Commission,<br>999 E Street, NW<br>Washington, DC 20463,<br>*Defendant*. | Cause No. _____ |

### Motion For James Bopp, Jr. to Appear *Pro Hac Vice*

Comes now the movant, M. Miller Baker, a licensed, practicing attorney-at-law in the District of Columbia and member of the bar in good standing of the United States District Court for the District of Columbia, and hereby moves this Court, pursuant to Local Rule 83.2(d), for permission for James Bopp, Jr. to appear and participate in the above-captioned case, *pro hac vice*, on behalf of Plaintiff the Christian Civic League of Maine, Inc.

In support of the foregoing motion, Movant states that James Bopp, Jr. of Bopp, Coleson & Bostrom, 1 South Sixth Street, Terre Haute, Indiana 47807, (812) 232-2434, is a member in good standing of the bar of the Supreme Court of Indiana and of several federal bars, including the U.S. Supreme Court.

In further support of this Motion, Movant has appended the Declaration of James Bopp,

**Motion for Pro Hac Vice**

Jr.

WHEREFORE, Movant prays that James Bopp, Jr. be permitted to appear and participate in the above-captioned cause, *pro hac vice*, on behalf of the Plaintiff listed above.

Pursuant to Local Rule of Civil Procedure 7(m), WRTL has conferred with legal counsel for the FEC regarding this motion. The response of the FEC has been separately submitted to the Court in the Notice of Consultation on Motions With Opposing Counsel, which conveniently consolidates opposing counsel's positions on all motions being filed contemporaneously with this one.

Dated: April 3, 2006                              Respectfully submitted,

*/s/ M. Miller Baker*

M. Miller Baker, D.C. Bar # 444736
Michael S. Nadel, D.C. Bar # 470144
MCDERMOTT WILL & EMERY LLP
600 13th Street, NW
Washington, D.C. 20005-3096
202/765-8000 telephone
202/765-8087 facsimile
*Local Counsel for Plaintiff*

**Motion for Pro Hac Vice**                              2

United States District Court
District of Columbia

| | |
|---|---|
| **The Christian Civic League of Maine, Inc.**<br>70 Sewall Street<br>Augusta, ME 04330,<br>*Plaintiff*,<br><br>v.<br><br>**Federal Election Commission,**<br>999 E Street, NW<br>Washington, DC 20463,<br>*Defendant.* | Cause No. _____ |

### Declaration of James Bopp, Jr.

I, James Bopp, Jr., make the following declaration pursuant to 28 U.S.C. § 1746:

1. My full name is James Bopp, Jr.

2. My office address and telephone number are as follows: Bopp, Coleson & Bostrom, 1 South Sixth Street, Terre Haute, IN 47807, (812) 232-2434.

3. I was admitted to the bar of the Supreme Court of Indiana in 1973, and am a licensed, practicing attorney in the State of Indiana in good standing. I am neither under suspension or disbarment, nor have I been disciplined by any bar.

4. I am a member in good standing of the bars of the following courts:

United States Supreme Court

**Declaration of**
**James Bopp, Jr.**

United States Court of Appeals for the District of Columbia Circuit
United States Court of Appeals for the 1st Circuit
United States Court of Appeals for the 2nd Circuit
United States Court of Appeals for the 3d Circuit
United States Court of Appeals for the 4th Circuit
United States Court of Appeals for the 5th Circuit
United States Court of Appeals for the 6th Circuit
United States Court of Appeals for the 7th Circuit
United States Court of Appeals for the 8th Circuit
United States Court of Appeals for the 9th Circuit
United States Court of Appeals for the 10th Circuit
United States Court of Appeals for the 11th Circuit
United States District Court for the Southern District of Indiana
United States District Court for the Northern District of Indiana
United States District Court for the Western District of Michigan
United States District Court for the District of Arizona
United States District Court for the District of Colorado
United States District Court for the Western District of Wisconsin

5. I have been admitted *pro hac vice* in this Court three times within the last two years.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on March 30, 2006.

_____
James Bopp, Jr.
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807
812/232-2434 telephone
812/234-3685 facsimile

**Declaration of**
**James Bopp, Jr.**                                      2

United States District Court
District of Columbia

| | |
|---|---|
| The Christian Civic League of Maine, Inc.<br>70 Sewall Street<br>Augusta, ME 04330,<br>    *Plaintiff,*<br><br>*v.*<br><br>Federal Election Commission,<br>999 E Street, NW<br>Washington, DC 20463,<br>    *Defendant.* | Cause No. _____ |

### Local Rule 83.2(j) Certification

I certify that I am personally familiar with the Local Rules of United States District Court for the District of Columbia.

_____
James Bopp, Jr.
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807
812/232-2434 telephone
812/234-3685 facsimile

United States District Court
District of Columbia

| | |
|---|---|
| **The Christian Civic League of Maine, Inc.**<br>70 Sewall Street<br>Augusta, ME 04330,<br>            *Plaintiff,*<br><br>v.<br><br>**Federal Election Commission,**<br>999 E Street, NW<br>Washington, DC 20463,<br>            *Defendant.* | Cause No. _____ |

### Order

Upon consideration of the Motion of M. Miller Baker for the admission of James Bopp, Jr. to appear before this court, *pro hac vice*, and the attached Declaration of James Bopp, Jr. in support thereof,

IT IS HEREBY ORDERED that the Motion of M. Miller Baker for the admission of James Bopp, Jr. to appear before this court, *pro hac vice*, is granted; and it is

FURTHER ORDERED that James Bopp, Jr. be and he is hereby permitted to appear in the above-captioned cause *pro hac vice* on behalf of the Plaintiff the Christian Civic League of Maine, Inc.

Dated: _____, 2006.

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge