United States District Court
District of Columbia

| | |
|---|---|
| The Christian Civic League of Maine, Inc.<br>    70 Sewall Street<br>    Augusta, ME 04330,<br>                        *Plaintiff*,<br><br>v.<br><br>Federal Election Commission,<br>    999 E Street, NW<br>    Washington, DC 20463,<br>                        *Defendant*. | Cause No. _____ |

## Notice of Consultation on Motions With Opposing Counsel

Pursuant to LCvR 7(m), CCL has conferred by telephone with legal counsel for the FEC regarding the following nondispositive motions in this action. The following table consolidates opposing counsel's positions on all such motions filed contemporaneously with the complaint.

| Motion | Date of Telephone Conference | Defendant's Counsel's Position |
|---|---|---|
| For Admission of James Bopp, Jr. *Pro Hac Vice* | 3/31/06 | Consent |
| To Expedite | 3/31/06 | Consent |
| For Three Judge Court | 3/31/06 | Consent |

Notice of
Consultations

| Motion | Date of Telephone Conference | Defendant's Counsel's Position |
|---|---|---|
| For Preliminary Injunction | 3/31/06 | Oppose |

Respectfully submitted,

_/s/_  
M. Miller Baker, D.C. Bar # 444736  
Michael S. Nadel, D.C. Bar # 470144  
MCDERMOTT WILL & EMERY LLP  
600 Thirteenth Street, NW  
Washington, D.C. 20005-3096  
202/756-8000 telephone  
202/756-8087 facsimile  
*Local Counsel for Plaintiff*

_/s/_  
James Bopp, Jr.*  
BOPP, COLESON & BOSTROM  
1 South Sixth Street  
Terre Haute, IN 47807  
812/232-2434 telephone  
812/234-3685 facsimile  
*Lead Counsel for Plaintiff*  
*Pro Hac Vice Motion filed April 3, 2006

**Notice of Consultations**  2