UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE )<br>OF MAINE, INC. )<br>)<br>Plaintiff, )<br>) Civil Action No. 06-0614 (LFO)<br>v. )<br>)<br>FEDERAL ELECTION COMMISSION, )<br>)<br>Defendant. )<br>) | |

## ORDER

The Christian Civic League of Maine, Inc. has filed a Verified Complaint [Docket #1] raising a constitutional challenge to the Bipartisan Campaign Reform Act of 2002 (the "Act") and seeking declaratory and injunctive relief, along with an Application for Three Judge Court [Docket #3], a Motion for Preliminary Injunction [Docket #4], a Motion to Expedite [Docket #5], and Motion for James Bopp, Jr. to Appear *Pro Hac Vice* [Docket #6]. The plaintiff has also filed a Notice of Consultation on Motions with Opposing Counsel [Docket #7], indicating that the defendant consents to the granting of all pending motions except the motion for preliminary injunction.

Section 403 of the Act provides that any action "for declaratory or injunctive relief to challenge the constitutionality of any provision of this Act . . . shall be heard by a 3-judge court. . . ." Accordingly, it is this 5th day of April, hereby

ORDERED: that the plaintiff's Application for Three-Judge Court [Docket #3] is GRANTED; and it is further

ORDERED: that the plaintiff's Motion to Expedite [Docket #5] is GRANTED; and it is further

ORDERED: that the plaintiff's Motion for James Bopp, Jr. to Appear *Pro Hac Vice* [Docket #6] is GRANTED; and it is further

ORDERED: that the defendant's response to the plaintiff's motion for preliminary injunction shall be filed on or before Monday, April 17, 2006, at 5 p.m.; and it is further

ORDERED: that the plaintiff's reply, if any, shall be filed on or before Friday, April 21, 2006, at 5 p.m.; and it is further

NOTED: that date and time for a hearing on the plaintiff's motion for a preliminary injunction will be determined after the appointment of the three-judge court.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE