UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC. | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. 06-0614 (LFO) |
| v. | ) ) |
| FEDERAL ELECTION COMMISSION, | ) ) |
| Defendant. | ) ) |

**REQUEST FOR DESIGNATION OF A THREE-JUDGE COURT**

In the above-captioned matter, The Christian Civic League of Maine, Inc. has brought an action for declaratory and injunctive relief, challenging the constitutionality of certain provisions of the Bipartisan Campaign Reform Act of 2002 (the "Act") as applied to "electioneering communications" sponsored by the plaintiff. Section 403 of the Act provides that any such action "shall be heard by a 3-judge court." Accordingly, an Order filed today [Docket #8] grants the plaintiff's Application for Designation of Three-Judge Court [Docket #3], and I respectfully request, pursuant to the provisions of 28 U.S.C. § 2284, that the Chief Judge of this Circuit designate two judges in addition to myself to participate in hearing and determining this case.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE