UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTIAN CIVIC LEAGUE OF MAINE, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:06CV00614 |
| v. | ) ) | |
| FEDERAL ELECTION COMMISSION | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of defendant Federal Election Commission's Emergency Agreed-To Motion for Expedited Discovery, it is hereby ORDERED that

Defendant's Emergency Agreed-To Motion for Expedited Discovery is GRANTED; and

As specified in the Emergency Agreed-to Motion for Expedited Discovery, plaintiff Christian Civic League of Maine, Inc. is ORDERED to file responses to defendant's First Set of Interrogatories and First Set of Requests for the Production of Documents by 9:00 a.m. on April 12, 2006 and to appear for deposition at 10:00 a.m. on April 13, 2006.

_____
The Honorable Louis F. Oberdorfer
United States District Court

ENTERED: