UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTIAN CIVIC LEAGUE OF MAINE, INC., | ) ) ) | |
| | ) | No. 1:06CV00614 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL ELECTION COMMISSION | ) ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

To:   James Bopp, Jr., Esq.
      Bopp, Coleson & Bostrom
      1 South Sixth Street
      Terre Haute, IN  47807
      Fax:  (812) 232-2434

      M. Miller Baker, Esq.
      McDermott Will &Emery LLP
      600 Thirteenth Street, NW
      Washington, DC 20005-3096
      Fax: (202) 756-8087

   Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure plaintiff will take the deposition upon oral examination, before a Notary Public or other person authorized to administer oaths, of the corporate designee(s) of the Christian Civic League of Maine, Inc. regarding each matter set forth in Schedule A.  The deposition will be recorded by stenographic means and will continue from day to day until completed.

Deeley Decl. Exh. 1

The deposition will take place at the United States Attorney's Office, 100 Middle Street, Portland, ME, 04101 at 9:00 a.m. on April 13, 2006.

Dated:  April 5, 2006

                                                                                    _____
                                                                                    Lawrence H. Norton
Richard B. Bader
David Kolker
Harry Summers
Kevin Deeley
Steve N. Hajjar
Federal Election Commission
999 E Street, N.W.
Washington, D.C.  20463
(202) 694-1650
Facsimile (202) 219-0260

## Schedule A

### Definitions

1. "Christian Civic League, Inc." ("CCL") shall mean the Christian Civic League, Inc., including all officers; employees, whether paid or unpaid; supervisors; volunteers; agents, consultants, or persons otherwise working on behalf of or at the request of the Christian Civic League, Inc.; co-workers; subordinates; and staff or in-house attorneys thereof.

### Subject Matters of Testimony

1. CCL's campaign for passage of the federal Marriage Protection Amendment.

2. "Crossroads," CCL's proposed broadcast advertisement.

3. CCL's grassroots and legislative lobbying campaigns from January 1, 2004 through the present.

4. CCL's advocacy for or against candidates from January 1, 2004 through the present.

5. CCL's broadcast advertisements from January 1, 2004 through the present.

6. CCL's current budget and financial resources from January 1, 2004 through the present, including any donations to CCL from corporations or unions and the number of donations to CCL from individuals that were in excess of $1000.

7. CCL's relationship to the Christian Education League, Inc., the Christian Action League, and the Coalition for Marriage.

8. Application of the criteria listed for qualified nonprofit corporations in 11 C.F.R. 114.10 to CCL.

9. CCL's efforts, if any, to create and raise funds for a federal, state or local political action committee.