UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE<br>OF MAINE, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>FEDERAL ELECTION COMMISSION, )<br><br>Defendant. ) | Civil Action No. 06-0614 (LFO) |

**ORDER**

Upon consideration of defendant Federal Election Commission's Agreed-To Emergency Motion for Expedited Discovery, it is this 7th day of April, hereby

ORDERED: that the defendant's Agreed-To Emergency Motion for Expedited Discovery [Docket #10] is GRANTED; and it is further

ORDERED: that, as specified in the Agreed-To Emergency Motion for Expedited Discovery, plaintiff Christian Civic League of Maine, Inc. shall serve answers and documents in response to the defendant's First Set of Interrogatories and First Set of Requests for the Production of Documents by 9:00 a.m. on April 12, 2006 and shall cause its witness or witnesses to appear for deposition at 10:00 a.m. on April 13, 2006.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE