**United States District Court**
**District of Columbia**

| | |
|---|---|
| **The Christian Civic League of Maine, Inc.**<br> 70 Sewall Street<br> Augusta, ME 04330**,**<br><div align="right">***Plaintiff,***</div><br><br>*v.*<br><br>**Federal Election Commission,**<br> 999 E Street, NW<br> Washington, DC 20463**,**<br><div align="right">***Defendant.***</div> | **Cause No.** 1:06CV00614 (LFO)<br><br>THREE-JUDGE COURT |

# Order Consolidating the Hearing of Plaintiff's Motion For Preliminary Injunction With the Trial on the Merits

This action is before the Court on Plaintiff the Christian Civic League of Maine's ("CCL") motion for preliminary injunction.  Pursuant to Federal Rule of Civil Procedure 65(a)(2), Plaintiff the Christian Civic League of Maine, Inc. ("CCL") has moved this court to consolidate the hearing on Plaintiff's Motion for Preliminary Injunction with the trial on the merits of Plaintiff's Verified Complaint. The Court GRANTS the motion.

The hearing of CCL's Motion for Preliminary Injunction is hereby set for                , and is consolidated with the final hearing on the merits.

**Order**

SO ORDERED this _____ day of _____, 2006.

_____
Louis F. Oberdorfer
United States District Judge


_____
United States District Judge


_____
United States District Judge