United States District Court
District of Columbia

| | |
|---|---|
| **The Christian Civic League of Maine, Inc.** <br> 70 Sewall Street <br> Augusta, ME 04330, <br> *Plaintiff*, <br><br> *v.* <br><br> **Federal Election Commission,** <br> 999 E Street, NW <br> Washington, DC 20463, <br> *Defendant.* | **Cause No.** 1:06CV00614 (LFO) <br><br> THREE-JUDGE COURT |

## Certificate of Service

I certify that on April 10, 2006, Plaintiff's Motion to Consolidate the Hearing on the Motion for Preliminary Injunction with a Hearing on the Merits of the Verified Complaint was served by U.S.P.S. First Class postage prepaid to Colleen Sealander, counsel for defendant FEC.

The documents were also provided in electronic format contemporaneously with the filing of these documents.

_____
Jeffrey P. Gallant
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
812/232-2434 telephone
812/234-3685 facsimile

**Certificate of Service**