# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC., ) ) ) Plaintiff, ) ) v. ) ) FEDERAL ELECTION COMMISSION, ) ) Defendant. ) | Civil Action No. 06-0614 (LFO) |

## ORDER

In view of the apparent time constraints in this matter, it is this 12th day of April, 2006, hereby:

ORDERED: that defendant Federal Election Commission file a response to Plaintiff's Motion to Consolidate the Hearing on the Motion for Preliminary Injunction with a Hearing on the Merits of the Verified Complaint [dkt no. 12] on or before <u>Friday</u>, <u>April 14, 2006</u>.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE