UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTIAN CIVIC LEAGUE OF MAINE, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:06CV00614 |
| v. | ) ) ) | Notice of Filing of Substitute Attachments |
| FEDERAL ELECTION COMMISSION | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT FEDERAL ELECTION COMMISSION'S SUBSTITUTE ATTACHMENTS FOR ITS OPPOSITION TO PLAINTIFF'S MOTION FOR CONSOLIDATION OF THE RULING ON THE MERITS WITH THE HEARING ON THE PRELIMINARY INJUNCTION**

      Defendant Federal Election Commission hereby files substitute attachments to replace the documents labeled as exhibits to its Opposition to Plaintiff's Motion for Consolidation of the Ruling on the Merits with the Hearing on the Preliminary Injunction, filed with this Court on April 14, 2006.  The exhibits attached to that filing were inadvertently labeled "Wisconsin Right to Life, Inc. v. Federal Election Commission, No. 04-1260" Exhibits 1 and 2.  As required by LCvR 5.1(f), the Commission substitutes the following attachments labeled "Christian Civic League of Maine, Inc. v. Federal Election Commission, No. 06-00614" Attachments 1 and 2.

                                         Respectfully submitted,

                                         _____/s/_____
                                         Lawrence H. Norton
                                         General Counsel

_____/s/_____
Richard B. Bader
Associate General Counsel
(D.C. Bar # 911073)

_____/s/_____
David Kolker
Assistant General Counsel
(D.C. Bar # 394558)

_____/s/_____
Harry J. Summers
Attorney

_____/s/_____
Kevin A. Deeley
Attorney

_____/s/_____
Vivien Clair
Attorney

_____/s/_____
Steve N. Hajjar
Attorney

FOR THE DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C. 20463
(202) 694-1650

April 17, 2006