### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC.<br><br>             Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0614 (LFO)<br>) (Three-Judge Court Requested)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This matter, having come before the Court upon the motion by Senator John McCain, Senator Russ Feingold, , Representative Christopher Shays, Representative Martin Meehan, and Representative Tom Allen to intervene in this action, it is hereby:

ORDERED that the motion is GRANTED.

This \_\_\_\_ day of _____, 2006.

                                  FOR THE THREE-JUDGE COURT:

                                  _____
                                  UNITED STATES DISTRICT JUDGE