# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE<br>OF MAINE, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0614 (JWR, LFO, CKK)<br>)  (Three-Judge Court)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

It is this 18th day of April, 2006, hereby:

ORDERED: that Plaintiff's Motion to Consolidate the Hearing on the Motion for Preliminary Injunction with a Hearing on the Merits of the Verified Complaint [dkt no. 12] is DENIED; and it is further

ORDERED: that a hearing on Plaintiff's Preliminary Injunction Motion [dkt no. 4] will be held on <u>Monday, April 24, 2006, at 2:00 p.m.</u> in the Ceremonial Courtroom.


/s/

Judith W. Rogers
UNITED STATES CIRCUIT JUDGE

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE