# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE<br>OF MAINE, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>        Defendant. | Civil Action No. 06-0614 (JWR, LFO, CKK)<br>(Three-Judge District Court) |

## ORDER

Pending is a Motion filed by Senator John McCain, Senator Russell Feingold, Representative Christopher Shays, Representative Martin Meehan, and Representative Tom Allen to Intervene as Defendants Supporting the As-Applied Constitutionality of the Bipartisan Campaign Finance Reform Act of 2002 [dkt. #18]. According to the potential Intervenors, the Plaintiff opposes granting this motion. In view of the expedited hearing schedule in the above-captioned matter, it is this 18th day of April, 2006, hereby:

ORDERED: that the Plaintiff shall file a response to the pending Motion to Intervene [dkt. #18] on or before <u>Thursday, April 20, 2006, at 12 p.m.</u>; and it is further

ORDERED: that two courtesy copies of any filing in this case in excess of 50 pages (including filings already on the docket) shall be delivered to the chambers of each judge on this panel.

/s/

Judith W. Rogers
UNITED STATES CIRCUIT JUDGE

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE