**United States District Court**
**District of Columbia**

| | |
|---|---|
| **The Christian Civic League of Maine, Inc.**<br>    70 Sewall Street<br>    Augusta, ME 04330**,**<br>                                     *Plaintiff*,<br><br>    *v.*<br><br>**Federal Election Commission,**<br>    999 E Street, NW<br>    Washington, DC 20463**,**<br>                                     *Defendant*. | **Cause No.** 1:06CV00614 (JWR, LFO, CKK)<br><br>THREE-JUDGE COURT |

## Plaintiff's Motion to Strike Movants' Memorandum In Opposition of Plaintiff's Motion for a Preliminary Injunction and Points And Authorities in Support Thereof

The Christian Civic League of Maine, Inc. ("CCL") opposes the motion of Sen. John McCain et al. ("Movants") to intervene as defendants under Federal Rule of Civil Procedure 24(a) and (b) and BCRA § 403(b) for the reasons provided in its Opposition. But regardless of whether Movants' motion to intervene is granted, their memorandum in opposition to Plaintiff's motion for preliminary injunction should be struck as untimely and unduly complicating the briefing of a motion requiring expeditious resolution.

The Memorandum is untimely because Defendants' Response to Plaintiff's Motion for Preliminary Injunction was due, by Order of this Court, [Docket #8], on April 17, 2006. Since Movants cannot possibly be Intervenor-Defendants, with commensurate status to file

**Motion to Strike**

such memoranda, until after the date set by the Court for Defendant's response, Movants' memorandum cannot be timely.

Moreover, accepting the Memorandum would unduly burden and complicate the expeditious hearing of Plaintiff's motion. The FEC is well able to respond to the motion, making further memoranda superfluous. And the short notice and unclear status of the Movants at the time they have proffered their memorandum leaves Plaintiff unsure of whether it should respond to the proffered memorandum.

For the reasons provided above, the Court should strike Movants' Memorandum in Opposition to Motion for Preliminary Injunction [Docket #19, Attachment #9].

Respectfully submitted,

| | |
|---|---|
| M. Miller Baker, D.C. Bar # 444736 | James Bopp, Jr.* |
| Michael S. Nadel, D.C. Bar # 470144 | BOPP, COLESON & BOSTROM |
| MCDERMOTT WILL & EMERY LLP | 1 South Sixth Street |
| 600 Thirteenth Street, NW | Terre Haute, IN  47807 |
| Washington, D.C. 20005-3096 | 812/232-2434 telephone |
| 202/756-8000 telephone | 812/234-3685 facsimile |
| 202/756-8087 facsimile | *Lead Counsel for Plaintiff* |
| *Local Counsel for Plaintiff* | |

**Motion to Strike**                   2

## Certificate of Service

I, Michael S. Nadel, a member of the bar of this Court, certify that on April 20, 2006, I caused a true and correct copy of the foregoing memorandum in opposition to the motion to intervene to be served on counsel for the Defendant Federal Election Commission under the electronic filing system of this Court and on counsel for the proposed intervenors by First Class mail, facsimile transmission, and email transmission on:

Seth P. Waxman, *Counsel of Record*
Randolph D. Moss
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street, NW
Washington, DC 20037
Fax: 202/663-6363
Email: Seth.Waxman@wilmerhale.com; Randolph.Moss@wilmerhale.com

    Respectfully submitted,

    /s/ Michael S. Nadel
    M. Miller Baker, D.C. Bar # 444736
    Michael S. Nadel, D.C. Bar # 470144
    MCDERMOTT WILL & EMERY LLP
    600 Thirteenth Street, NW
    Washington, D.C. 20005-3096
    202/756-8000 telephone
    202/756-8087 facsimile
    *Local Counsel for Plaintiff*