**United States District Court**
**District of Columbia**

The Christian Civic League of Maine, Inc.
 70 Sewall Street
 Augusta, ME 04330,
      *Plaintiff*,

*v.*

Federal Election Commission,
 999 E Street, NW
 Washington, DC 20463,
      *Defendant*.

**Cause No.** 1:06CV00614 (JWR, LFO, CKK)

THREE-JUDGE COURT

# Order Striking Movants' Memorandum In Opposition of Plaintiff's Motion for a Preliminary Injunction

 This action is before the Court on Plaintiff the Christian Civic League of Maine's ("CCL") motion to strike Movant's Memorandum opposing preliminary injunction, filed with their motion to intervene.  The Court GRANTS the motion. The Movant's Memorandum, Docket #19, Attachment #9, is hereby struck.

        _____
        Judith W. Rogers
        United States Court of Appeals

        _____
        Louis F. Oberdorfer
        United States District Judge

        _____
        Colleen Kollar-Kotelly
        United States District Judge

**Order**