|  |  |
|---|---|
| CHRISTIAN CIVIC LEAGUE<br>OF MAINE, INC.<br>　　　　　　　　Plaintiff,<br><br><br><br>FEDERAL ELECTION COMMISSION,<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>) Civ. Action No. 06-0614 (JWR, LFO, CKK)<br>) (Three-Judge District Court)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# MOTION FOR ORDER PERMITTING DANIEL ORTIZ
## TO APPEAR *PRO HAC VICE*
### WITH SUPPORTING POINTS AND AUTHORITIES

Pursuant to LCvR 83.2, undersigned counsel for the applicant intervenors, a member of the bar of this Court, respectfully moves this Court for entry of an order permitting attorney Daniel Ortiz to appear in this case *pro hac vice* for the applicant intervenors U.S. Senator John McCain, *et al.* As grounds for this motion, Movant states as follows:

1. LCvR Rule 83.2(d) provides as follows:

    An attorney who is not a member of the Bar of this Court may be heard in open court only by permission of the judge to whom the case is assigned. Any attorney seeking to appear *pro hac vice* must file a motion signed by a sponsoring member of the Bar of this Court, accompanied by a declaration by the non-member that sets forth: (1) the full name of the attorney; (2) the attorney's office address and telephone number; (3) a list of all bars to which the attorney has been admitted; (4) a certification that the attorney either has or has not been disciplined by any bar, and if the attorney has been disciplined by any bar, the circumstances and details of the discipline; (5) the number of times the attorney has been admitted *pro hac vice* in this Court within the last two years; and (6) whether the

attorney, if the attorney engages in the practice of law from an office located in the District of Columbia, is a member of the District of Columbia Bar or has an application for membership pending.

2. This motion is signed by a sponsoring member of the bar of this Court;

3. Daniel Ortiz has executed a Declaration, which accompanies this motion, providing the information set forth in LCvR 83.2(d).

WHEREFORE, Applicant For Intervenors U.S. Senator John McCain, *et al.*, respectfully move this Court pursuant to LCvR 83.2 for entry of the attached Order granting permission for Daniel Ortiz to appear *pro hac vice*.

Respectfully submitted,

| | |
|---|---|
| Roger M. Witten (D.C. Bar No. 163261)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800 | Seth P. Waxman (D.C. Bar No. 257337)<br>  *Counsel of Record*<br>Randolph D. Moss (D.C. Bar No. 417749)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2445 M Street, N.W.<br>Washington, DC 20037<br>(202) 663-6000 |
| Trevor Potter (D.C. Bar No.413778)<br>J. Gerald Hebert (D.C. Bar No. 447676)<br>Paul S. Ryan<br>CAMPAIGN LEGAL CENTER<br>1640 Rhode Island Avenue, N.W.<br>Suite 650<br>Washington, DC 20036<br>(202) 736-2200 | Daniel R. Ortiz<br>UNIVERSITY OF VIRGINIA SCHOOL OF LAW[*]<br>580 Massie Road<br>Charlottesville, VA 22903<br>(434) 924-3127<br><br>* For identification purposes only |
| Donald J. Simon (D.C. Bar No. 256388)<br>SONOSKY, CHAMBERS, SACHSE,<br>  ENDRESON & PERRY, LLC<br>1425 K Street, N.W.<br>Suite 600<br>Washington, DC 20005<br>(202) 682-0240 | Fred Wertheimer (D.C. Bar No. 154211)<br>DEMOCRACY 21<br>1875 I Street, N.W.<br>Suite 500<br>Washington, DC 20006<br>(202) 429-2008 |

| | |
|---|---|
| Charles G. Curtis, Jr.<br>David Anstaett<br>HELLER EHRMAN WHITE &<br>  MCAULIFFE LLP<br>One East Main Street<br>Suite 201<br>Madison, WI 53703<br>(608) 663-7460 | Bradley S. Phillips<br>Grant A. Davis-Denny<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071<br>(213) 683-9100 |

### CERTIFICATE OF SERVICE

    I hereby certify that on this 20th day of April, 2006, I served a copy of the foregoing Motion For Order Permitting Daniel Ortiz To Appear *Pro Hac Vice* With Supporting Points and Authorities and accompanying Declaration on the following counsel by filing these documents in the Court's Electronic Case Filing System:

    David Kolker
    Assistant General Counsel
    FEDERAL ELECTION COMMISSION
    999 E Street, N.W.
    Washington, D.C. 20463

    James M. Bopp, Jr.
    BOPP, COLESON & BOSTROM
    1 South Sixth Street
    Terre Haute, IN 47807

    */s/ J. Gerald Hebert*
    J. Gerald Hebert

|   |   |
|---|---|
| CHRISTIAN CIVIC LEAGUE OF MAINE, INC.<br>            Plaintiff,<br><br><br>FEDERAL ELECTION COMMISSION,<br>            Defendant. | )<br>)<br>)<br>)<br>) Civ. Action No. 06-0614 (JWR, LFO, CKK)<br>) (Three-Judge District Court)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DANIEL ORTIZ

Pursuant to 28 U.S.C. §1746, I, Daniel R. Ortiz, declare that:

1. My full name is Daniel R. Ortiz, and my office address is: University of Virginia School of Law, 580 Massie Road, Charlottesville, VA 22903. My telephone number is (434) 924-3127.
2. I have been admitted to the following bars: Commonwealth of Virginia, United States Supreme Court, United States Court of Appeals for the Fourth Circuit, United States Court of Appeal for the Ninth Circuit, United States District Court for the District of Arizona, United States District Court for the Eastern District of Virginia, and United States District Court for the Western District of Virginia.
3. I certify that I have not been disciplined by any bar.
4. I have not been admitted *pro hac vice* in this Court within the last two years.
5. I am not engaged in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: April 20, 2006

                                                                                                                      Daniel R. Ortiz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTIAN CIVIC LEAGUE OF MAINE, INC.<br>　　　　　　　Plaintiff,<br><br>FEDERAL ELECTION COMMISSION,<br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>) Civ. Action No. 06-0614 (JWR, LFO, CKK)<br>) (Three-Judge District Court)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court upon motion of the proposed intervenors, U. S. Senator John McCain, *et al.,* for an order permitting Daniel R. Ortiz to be admitted *pro hac vice*. The Court has considered the motion and it is hereby ORDERED that the motion is GRANTED.

This ____ day of _____, 2006.

/s/

Judith W. Rogers
UNITED STATES CIRCUIT JUDGE

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE