# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>FEDERAL ELECTION COMMISSION, )<br><br>Defendant. ) | Civil Action No. 06-0614 (JWR, LFO, CKK)<br>(Three-Judge Court) |

## MEMORANDUM AND ORDER

Senators John McCain and Russell Feingold, together with Representatives Christopher Shays, Martin Meehan, and Tom Allen move to intervene as defendants in support of the as-applied constitutionality of the Bipartisan Campaign Reform Act of 2002. They attach a memorandum in opposition to the plaintiff's motion for preliminary injunction.

The plaintiff opposes the movants' intervention and moves to strike their preliminary injunction opposition. The plaintiff argues that the movants lack Article III standing.

In this circuit, courts have consistently permitted the intervention of similarly-situated movants. *See, e.g.*, *Shays v. Federal Election Comm'n*, 414 F.3d 76, 84-95 (D.C. Cir. 2005); *Shays v. Federal Election Comm'n*, 337 F. Supp.2d 28, 45 (D.D.C. 2004); *McConnell v. Federal Election Comm'n*, 2004 U.S. Dist. LEXIS 22496, at *9 (D.D.C. May 3, 2004). Accordingly, it is this 20th day of April, 2006, hereby:

ORDERED: that the Motion of Senator John McCain, Senator Russell Feingold, Representative Christopher Shays, Representative Martin Meehan, and Representative Tom

Allen to Intervene as Defendants Supporting the As-Applied Constitutionality of the Bipartisan Campaign Reform Act of 2002 [docket number 18] is GRANTED; and it is further

ORDERED: that Plaintiff's Motion to Strike Movants' Memorandum in Opposition [to] Plaintiff's Motion for a Preliminary Injunction [docket number 23] is DENIED; and it is further

ORDERED: that the intervenors' opposition to the plaintiff's motion for preliminary injunction (attachment 10 to docket number 18) shall be FILED by the Clerk of this court; and it is further

ORDERED: that a pre-hearing telephone conference will be held on <u>Friday, April 21, 2006 at 2:00 p.m.</u>  Counsel for plaintiff, defendant, and the intervenors shall notify the court – by telephoning the Chambers of Judge Oberdorfer at 202-354-3270 by 10:00 a.m. on that day – which counsel will participate and a telephone number at which that person can be reached.

/s/

Judith W. Rogers
UNITED STATES CIRCUIT JUDGE

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE