Exported report: Christian Civic League FMA Radio buy
Market:      NATIONAL REGIONAL DATABASE
Survey:      Fall 2005, Spring 2005, Fall 2004
Demo:        P 18+
Geo Area:    ME COUNTIES - Cnty Grp
Population:      1,041,900
Intab:               9,420
Qualitative:  none

| Station | Format | Market | Daypart | Rate | Spots | Total $ | Potential | Reach(00) | CPM |
|---|---|---|---|---|---|---|---|---|---|
| WGAN-AM | News/Talk | Portland & Lewiston | M-F  9:00AM - 12:00N | 75 | 0 | 0 | 0 | 0 | 18.75 |
| WGAN-AM | | | M-F 12:00N - 3:00PM | 70 | 3 | 210 | 51.8 | 146 | 8.14 |
| WGAN-AM | | | M-F  3:00PM - 6:00PM | 75 | 2 | 150 | 31.5 | 88 | 13.89 |
| WGAN-AM | | | M-F  6:00PM - 8:00PM | 10 | 2 | 20 | 27.1 | 32 | 5 |
| WGAN-AM | | | M-F 10:00AM - 12:00N | 60 | 2 | 120 | 36.8 | 60 | 14.63 |
| WGAN-AM | | | M-F  3:00PM - 5:00PM | 60 | 2 | 120 | 39.7 | 94 | 10 |
| WGAN-AM | | | Subtotal: | | 11 | 620 | 58.5 | 245 | 10.2 |
| | | | | | | | | | |
| WVOM-FM | News/Talk | Bangor | M-F  9:00AM - 12:00N | 44 | 1 | 44 | 16.4 | 27 | 16.3 |
| WVOM-FM | | | M-F 12:00N - 3:00PM | 44 | 3 | 132 | 52.4 | 129 | 5.87 |
| WVOM-FM | | | M-F  3:00PM - 7:00PM | 44 | 3 | 132 | 40.7 | 116 | 8.15 |
| WVOM-FM | | | M-F  7:00PM - 10:00PM | 44 | 0 | 0 | 0 | 0 | 88 |
| WVOM-FM | | | Subtotal: | | 7 | 308 | 51.3 | 208 | 7.44 |
| | | | | | | | | | |
| WLOB-FM | News/Talk | Lewiston & Augusta | M-F  9:00AM - 6:00PM | 35 | 2 | 70 | 23.4 | 56 | 10.29 |
| WLOB-FM | | | Subtotal: | | 2 | 70 | 23.4 | 56 | 10.29 |
| | | | | | | | | | |
| WLOB-AM | News/Talk | Portland & Lewiston | M-F  9:00AM - 6:00PM | 0 | 2 | 0 | 23.7 | 9 | 0 |
| WLOB-AM | | | Subtotal: | | 2 | 0 | 23.7 | 9 | 0 |
| | | | | | | | | | |
| | | | Station Subtotals: | | | | | | |
| | | | WGAN-AM | | 11 | 620 | 58.5 | 245 | 10.2 |
| | | | WVOM-FM | | 7 | 308 | 51.3 | 208 | 7.44 |
| | | | WLOB-FM | | 2 | 70 | 23.4 | 56 | 10.29 |
| | | | WLOB-AM | | 2 | 0 | 23.7 | 9 | 0 |
| | | | | | | | | | |
| | | | Schedule Summary: | | 22 | 998 | 49.5 | 503 | 9.06 |

ME COUNTIES - Cnty Grp: ANDROSCOGGIN, ME; AROOSTOOK, ME; CUMBERLAND, ME; FRANKLIN, ME; HANCOCK, ME; KENNEBEC, ME;
KNOX, ME; LINCOLN, ME; OXFORD, ME; PENOBSCOT (B SPLIT), ME; PENOBSCOT (REM), ME; PISCATAQUIS, ME; SAGADAHOC, ME; SOMERSET, ME;
WALDO, ME; WASHINGTON, ME; YORK (PDR SPLIT), ME; YORK (REM), ME

Stations qualify to be reported if they have received five or more minutes of listening in a single quarter-hour in at least 1 in-tab diary in the market, Monday-Sunday Midnight-Midnight
(total week), during the survey period.
Estimates are derived from the diaries that provided the audience data for the Market Report and are subject to the limitations stated in that Report. Due to these limitations,
inherent in Arbitron's methodology, the accuracy of Arbitron audience estimates cannot be determined to any precise mathematical value or definition.
 This service is not part of Arbitron's regular syndicated service and is not accredited by the Media Rating Council (MRC).

© 1996-2006 Arbitron Inc.