# For Marriage

*A Campaign of the Christian Civic League of Maine*
70 Sewall Street PO Box 5459 Augusta, ME 04332 (207)622-7634
www.cclmaine.org  formarriage@cclmaine.org

Dear Sir or Madam,

My name is Adrienne Dunbar. I am working for Michael Heath, League executive director and chairman of the Maine "For Marriage" campaign. We must persuade Senators Snowe and Collins to support the Federal Marriage Amendment.

The Senate will vote on the Federal Marriage Amendment the week of July 12th. This amendment to the Constitution of the United States will define marriage as a union between one man and one woman. Opponents of the proposal are redefining the sanctity of marriage by allowing homosexual activists to pervert a holy sacrament that God ordained to be both pure and beautiful. They are stealing the innocence of, and harming the development of, future generations of children.

Senators Snowe and Collins are opposed to the Federal Marriage Amendment. Please contact the office nearest you and express your desire for them to support this critical amendment. Please call immediately to help us persuade the good Senators to support this amendment.

Senator Olympia Snowe

Toll Free: 1-800-432-1599
Portland: 207-874-0883
Auburn: 207-786-2451
Augusta: 207-622-8292
Bangor: 207-945-0432
Biddeford: 207-282-4144
Presque Isle: 207-764-5124

Senator Susan Collins

Bangor: 207-945-0417
Augusta: 207-622-8414
Biddeford: 207-283-1101
Lewiston: 207-784-6969
Caribou: 207-493-7873
Portland: 207-780-3575

Attached are some key questions and answers that will help you when contacting your senator. Please see our website for more information or feel free to e-mail us with any questions you may have.

Thank you for responding in a timely manner. Your call will make a big difference.

Adrienne Dunbar
For Marriage Coalition
Christian Civic League of Maine
70 Sewall Street  P O Box 5459
Augusta, ME 04332
(207) 622-7634
www.cclmaine.org