Q. What is the Federal Marriage Amendment (FMA) about?
A. The Federal Marriage Amendment will define marriage as a union between one man and one woman.

Q. What are the positions of Senators Snowe and Collins on this amendment?
A. Senators Snowe and Collins are refusing to co-sponsor the amendment.

Q. What does this mean for the amendment?
A. By refusing to co-sponsor this amendment, Senators Snowe and Collins are not required to vote on the amendment. Therefore, an activist judge will make the decision. Keeping silence only shows their support of homosexuality. Once the vote is cast by a judge, Snowe and Collins can claim they had no opportunity to vote on the issue.

Q. How will this effect public education if the amendment is not passed?
A. It will be mandated in public schools to treat and teach homosexuality as a normal and acceptable lifestyle.

Q. How will this affect my civil rights?
A. It is within the power of our government to potentially criminalize any who may speak out against homosexuality. This would violate the constitutional amendment of free speech.
Churches could lose their tax-exempt status if they do not recognize homosexual marriage.

Q. How will this affect lives of future generations?
A. Homosexuality will only bring moral confusion to the eyes of children. They will wonder where *their* father or *their* mother is. Children will be filled with questions that adults will not feel they are able to answer due to the nature of the question. They will be answered in generalities in hope that the child comes to believe that homosexuality not heterosexuality is the norm. With homosexual marriages, the cases of child molestation will also increase. Homosexual activists are already trying to have the age of consensual sex lowered. They do not need a law to carry out their vile acts. Homosexual marriage puts children on a sub-level, making adult selfish desires paramount. This is unnatural in a heterosexual marriage where mother and father reside under one roof. Their desire is for the ultimate good of their children, pushing all other personal desires aside.

Q. How will homosexual marriage affect heterosexual society?
A. Heterosexual society will pay the higher price of homosexual perversion. The diseases that spread amongst homosexuals will saturate all of society putting insurance costs on the rise.

"Same-sex 'marriage' will subject generations of children to the status of lab rats in a vast, untested social experiment." - Glenn T. Stanton