The Christian Civic League of Maine is organizing a campaign to let Senators Snowe and Collins know that we support the Federal Marriage Amendment. If you want homosexual marriages banned in our country, we need you to contact your Senators and ask them to support traditional marriage. For more information on this amendment, please see our website at www.cclmaine.org or call us at our Augusta office at 622-7634. Thank you for preserving the purity of life and protecting the future of this nation.