Mr. and Mrs. Grover,

Thank you for helping us fight this war on marriage. The Federal Marriage Amendment is designed to define marriage as a union between one man and one woman. It will ban homosexual marriage. We need supporters to make numerous calls to their Senators and Representatives through the end of next week, July 16th. We need Senators Snowe and Collins to support the Marriage Amendment.

<u>Olympia Snowe</u>
1-800-432-1599
874-0883 (Portland)
786-2451 (Auburn)
622-8292 (Augusta)
945-0432 (Bangor)
282-4144 (Biddeford)
764-5124 (Presque Isle)

<u>Susan Collins</u>
945-0417 (Bangor)
622-8414 (Augusta)
283-1101 (Biddeford)
784-6969 (Lewiston)
493-7873 (Caribou)
780-3575 (Portland)

<u>Michael Michaud</u>
942-6935 (Bangor)
782-3704 (Lewiston)
764-1036 (Presque Isle)

<u>Tom Allen</u>
774-5019 (Portland)

Please also share the Bulletin insert with all you contact. To retrieve the insert, Go to www.cclmaine.org, click on Forum in the Index to the left, next screen, click on League, next, click on Bullentin insert, next, click on link:http://cclmaine.org/PDF%20Files/snowe%20collins%20bulletin%insert.pdf

Thanks again for all your help. Here is your list of supporters:

| Helen Seaward      | 582-4049 |
| Shirlene Gosline   | 582-5509 |
| Brian Hutchinson   | 582-7074 |
| Daniel McGrath     | 582-1145 |
| Shirley Kidder     | 582-6709 |
| Eula Lovely        | 623-7171 |
| Roger Raymond      | 582-3591 |
| Ernest Thompson    | 582-5913 |
| Catherine Boudway  | 582-3229 |
| Earland Welch      | 582-3037 |
| Natalie Kavin      | 582-6085 |

*We would like to know when our supporters make their call. Please ask if they would kindly call us here at the League after they have made their call. Thank you.

Adrienne Dunbar   (622-7634 Christian Civic League) or (formarriage@cclmaine.org)