July 04

# Take a Stand for Marriage!
## One Man and One Woman!

The Federal Marriage Amendment (FMA) is the ONLY way to prevent a radical new definition of marriage being forced upon everyone by activist judges and others.

Please pick up the phone and call your Legislators asking them to cosponsor and vote for the Federal Marriage Amendment, S.J.Res. 30 in the Senate and H.J.Res. 56 in the House of Representatives. The Senate Resolution (S.J. Res. 30) will come before the Senate the week of July 12th. **So Call NOW!**

<u>Olympia Snowe, 1st District</u>

Toll Free: 1-800-432-1599
Portland 207-874-0883
Auburn 207-786-2451
Augusta 207-622-8292
Bangor 207-945-0432
Biddeford 207-282-4144

<u>Susan Collins, 2nd District</u>

Bangor 207-945-0417
Augusta 207-622-8414
Biddeford 207-283-1101
Lewiston 207-784-6969
Caribou 207-493-7873
Portland 207-780-3575
Presque Isle 207-764-5124

<u>Tom Allen, 1st District</u>

Portland 207-774-5019

<u>Michael Michaud, 2nd Dist</u>

Bangor 207-942-6935
Lewiston 207-782-3704
Presque Isle 207-764-1036

Marriage is about future generations and raising our children with a mother and a father.

Please share this with your family, friends and neighbors.

# Take a Stand for Marriage!
## One Man and One Woman!

The Federal Marriage Amendment (FMA) is the ONLY way to prevent a radical new definition of marriage being forced upon everyone by activist judges and others.

Please pick up the phone and call your Legislators asking them to cosponsor and vote for the Federal Marriage Amendment, S.J.Res. 30 in the Senate and H.J.Res. 56 in the House of Representatives. The Senate Resolution (S.J. Res. 30) will come before the Senate the week of July 12th. **So Call NOW!**

<u>Olympia Snowe, 1st District</u>

Toll Free: 1-800-432-1599
Portland 207-874-0883
Auburn 207-786-2451
Augusta 207-622-8292
Bangor 207-945-0432
Biddeford 207-282-4144

<u>Susan Collins, 2nd District</u>

Bangor 207-945-0417
Augusta 207-622-8414
Biddeford 207-283-1101
Lewiston 207-784-6969
Caribou 207-493-7873
Portland 207-780-3575
Presque Isle 207-764-5124

<u>Tom Allen, 1st District</u>

Portland 207-774-5019

<u>Michael Michaud, 2nd Dist</u>

Bangor 207-942-6935
Lewiston 207-782-3704
Presque Isle 207-764-1036

Marriage is about future generations and raising our children with a mother and a father.

Please share this with your family, friends and neighbors.