# **HOMOSEXUALITY**

## **THE BIBLE**

Lev 18:22,23
Lev 18:22  Thou shalt not lie with mankind, as with womankind: it *is* abomination.
Lev 18:23  Neither shalt thou lie with any beast to defile thyself therewith: neither shall any woman stand before a beast to lie down thereto: it *is* confusion.


1 Cor 6:9-11
1Co 6:9  Know ye not that the unrighteous shall not inherit the kingdom of God? Be not deceived: neither fornicators, nor idolaters, nor adulterers, nor effeminate, nor abusers of themselves with mankind,
1Co 6:10  Nor thieves, nor covetous, nor drunkards, nor revilers, nor extortioners, shall inherit the kingdom of God.
1Co 6:11  And such were some of you: but ye are washed, but ye are sanctified, but ye are justified in the name of the Lord Jesus, and by the Spirit of our God.


1Tim 1:8-11
1Ti 1:8  But we know that the law *is* good, if a man use it lawfully;
1Ti 1:9  Knowing this, that the law is not made for a righteous man, but for the lawless and disobedient, for the ungodly and for sinners, for unholy and profane, for murderers of fathers and murderers of mothers, for manslayers,
1Ti 1:10  For whoremongers, for them that defile themselves with mankind, for menstealers, for liars, for perjured persons, and if there be any other thing that is contrary to sound doctrine;
1Ti 1:11  According to the glorious gospel of the blessed God, which was committed to my trust.


2Pet 2:6-10
2Pe 2:6  And turning the cities of Sodom and Gomorrha into ashes condemned *them* with an overthrow, making *them* an ensample unto those that after should live ungodly;
2Pe 2:7  And delivered just Lot, vexed with the filthy conversation of the wicked:
2Pe 2:8  (For that righteous man dwelling among them, in seeing and hearing, vexed *his* righteous soul from day to day with *their* unlawful deeds;)
2Pe 2:9  The Lord knoweth how to deliver the godly out of temptations, and to reserve the unjust unto the day of judgment to be punished:
2Pe 2:10  But chiefly them that walk after the flesh in the lust of uncleanness, and despise government. Presumptuous *are they*, selfwilled, they are not afraid to speak evil of dignities.


Jude 1:7,8
Jud 1:7  Even as Sodom and Gomorrha, and the cities about them in like manner, giving themselves over to fornication, and going after strange flesh, are set forth for an example, suffering the vengeance of eternal fire.
Jud 1:8  Likewise also these *filthy* dreamers defile the flesh, despise dominion, and speak evil of dignities.