## HOMOSEXUAL UNIONS/MARRIAGE IS NOT A CIVIL RIGHT ISSUE

Sexual orientation is NOT skin color. San Francisco is NOT Selma; marriage is not a lunch counter or the backseat on a bus.

African-Americans Do Not see this as an equality issue, but rather a moral issue. Jesse Jackson has challenged comparison of homosexual marriage to that of a civil rights issue in stating, "gays were never called three-fifths human in the Constitution and in that they did not require the Voting Rights Act to have the right to vote."

There are other who do not fit the "reasonable, caring people" rhetoric of the homosexual activists: John Kerry, former President Bill Clinton (who signed the Federal DOMA and was never accused of writing discrimination into law as President Bush has been with the Federal Marriage Amendment proposal), Senator Hillary Clinton, Senator B. Boxer, and Senator D. Feinstein have all expressed, publicly, their opposition to homosexual marriage.

The real reason 2/3 of the public and an overwhelming majority of African-Americans oppose homosexual unions: they understand that it redefines family and says mothers and fathers do not matter for children. Clearly, the Black community has suffered the ravages of fatherless families, more than any other. It is a lie that families do not need a father and just plain wrong to say a lesbian woman can replace a father.

A loving and compassionate society can come to the aid of motherless and fatherless families created by fate, but there is no "civil right" to intentionally subject children to homes without a father and mother in order to fulfill adult desires. However, this is exactly what every homosexual family does, and why the African-American community and Americans oppose this idea in such large and growing numbers.

## CHILDREN, MOTHER'S AND FATHER'S

Pitirim Sorokin, founder and first chair of the Sociology Department at Harvard, proclaimed the importance of married parents some fifty years ago;
        The most essential sociocultural pattering of a newborn human organism is achieved by the family. ...From remotest past, married parents have been the most effective teachers of their children.

The liberal Center for Law and Social Policy, a child advocacy organization, has reported "Most agree that...studies support the notion that, on average, children do best when raised by their two married biological parents..."

Child Trends also reports "An extensive body of research tells us that children do best when they grow up with both biological parents..."

Boys and girls who live with both biological parents had the lowest risk of becoming sexually active, according to a study published by Journal of Marriage and the Family.

National Center for Health Statistics found that children living with their biological parents received professional help for behavior and psychological problems at HALF the rate of children not living with both biological parents.

Females in "mother only" families are 1.9 times more likely to use alcohol as girls living with both mother and father. Males in "mother only" families are 1.5 times more likely to abuse alcohol than teen males living in mother/father families.

By every measure poverty, sexual/physical abuse, mental/physical health, educational development/attainment, and substance abuse, to name a few, marriage of a man and woman protect and enrich children far better and more meaningful than families headed by homosexual partners. Marriage produces healthier children who do not stress our nation's medical system and insurance cost, which requires fewer resources from society, lowers taxes and lessens the burden on the welfare system.

## Natural Law

Drop a ball, it will fall to the ground – every time. No loophole or flexibility in this law. Other laws exist for plants and animals, as well, and they always act according to these laws. Never see potato jumping up and walking around; never see a dog sitting up to a table and eating with a knife and fork. The nature of the potato and dog determine how they will act; this is the law of nature or Natural Law.

Anyone here who was not produced by a man and a woman? Obviously, all of us were/are made by a man and a woman; man and woman together produce the next generation. This is true for all times and all places; it cannot be changed, it is part of the Natural Law we mentioned earlier. Nothing is more important to the survival of mankind.