# Invoice

Christian Civic League
70 Sewall St.
Augusta Me. 04330

| Date | Invoice # |
|---|---|
| 1/31/2006 | 157 |

**Bill To**
Linnehan Family Business
Ryan Linnehan
PO Box 553
Ellsworth, ME 04605

| Description | Amount |
|---|---|
| Newspaper ad; Full Page Ad Credit Now. Com | 350.00 |

If paid before March 1, 2006 a 5% discount will apply, Please reduce your payment accordingly.

**Total** $350.00

# Invoice

Christian Civic League
70 Sewall St.
Augusta Me. 04330

| Date | Invoice # |
|---|---|
| 3/15/2006 | 175 |

**Bill To**

Heritage Of Maine
Dick Traynor
1321 Washington Ave. Suite 205
Portland, Maine 04103

| Description | Amount |
|---|---|
| Newspaper ad Half Page April Issue | 300.00 |

If paid before April 1, 2006 a 5% discount will apply. Please reduce your payment accordingly.

**Total** $300.00

# Invoice

**Christian Civic League**
70 Sewall St.
Augusta Me. 04330

| Date | Invoice # |
|---|---|
| 3/15/2006 | 176 |

**Bill To**

Viddles & Griddles
901 Main Street
Oxford, Me 04270

| Description | Amount |
|---|---|
| Newspaper ad Half Page April Issue | 105.00 |

If paid before April 1, 2006 a 5% discount will apply, Please reduce your payment accordingly.

**Total** $105.00

# Invoice

**Christian Civic League**
70 Sewall St.
Augusta Me. 04330

| Date | Invoice # |
|---|---|
| 3/15/2006 | 182 |

**Bill To**

Linnehan Family Business
Ryan Linnehan
PO Box 553
Ellsworth, ME 04605

| Description | Amount |
|---|---|
| Newspaper ad Full Page April Issue | 350.00 |

If paid before April 1, 2006 a 5% discount will apply, Please reduce your payment accordingly.

**Total** $350.00

# Invoice

Christian Civic League
70 Sewall St.
Augusta Me. 04330

| Date | Invoice # |
|---|---|
| 3/15/2006 | 184 |

**Bill To**

Edward Sepciale
570 Middle Road
Sabattus, Maine 04280

| Description | Amount |
|---|---|
| Newspaper ad Business Card Ad April Issue | 10.00 |

| | Total | $10.00 |

# Invoice

Christian Civic League
70 Sewall St.
Augusta Me. 04330

| Date | Invoice # |
|---|---|
| 3/15/2006 | 186 |

**Bill To**

Allen's Auto Sales
Peter Allen
24 Main Street
Norway, Maine 04268

| Description | Amount |
|---|---|
| Newspaper ad April Issue Business Card Ad | 10.00 |

| | Total | $10.00 |

# Invoice

Christian Civic League
70 Sewall St.
Augusta Me. 04330

| Date | Invoice # |
|---|---|
| 3/21/2006 | 187 |

**Bill To**
New Life Christian Academy
Jim Warnock
8 Drift Road
Fryeburg, Maine 04037

| Description | Amount |
|---|---|
| Newspaper ad April Issue 2x2 space Total Value $28.00<br>COMMITTED FOR 3 Months 5% discount $1.40 | 26.60 |

If paid before April 1, 2006 a 5% discount will apply. Please reduce your payment accordingly.

**Total** $26.60