UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant, <br><br> *and* <br><br> SEN. JOHN MCCAIN, *et al.*, <br><br> Intervening Defendants. | Case No. 06-0614 (JWR, LFO, CKK) <br> THREE-JUDGE COURT |

NOTICE OF ADDRESS CHANGE

Effective May 1, 2006, please note that the address for Wilmer Cutler Pickering Hale and Dorr LLP has been changed to: 1875 Pennsylvania Ave., N.W., Washington, D.C., 20006.

Please note that the telephone and fax numbers remain the same.

Respectfully submitted,

Roger M. Witten (D.C. Bar No. 163261)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Seth P. Waxman (D.C. Bar No. 257337)
Randolph D. Moss (D.C. Bar No. 417749)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant, <br><br> *and* <br><br> SEN. JOHN MCCAIN, *et al.*, <br><br> Intervening Defendants. | Case No. 06-0614 (JWR, LFO, CKK) <br> THREE-JUDGE COURT |

## CERTIFICATE OF SERVICE

I, Randolph D. Moss, a member of the bar of this Court, certify that on May 5, 2006, I caused a true and correct copy of the Notice of Address Change on behalf of Intervening Defendants Senator John McCain, Representative Tammy Baldwin, Representative Christopher Shays, and Representative Martin Meehan by their attorneys to be served electronically on:

*Counsel for Defendant*
David Brett Kolker
FEDERAL ELECTION COMMISSION
Litigation Division
999 E Street, N.W.
Washington, DC 20463-0002
Tel: (202) 694-1650
Email: dkolker@fec.gov

*Counsel for Plaintiff*
James Bopp
BOPP COLESON & BOSTROM
1 South Sixth Street
Terra Haute, IN 47807-3510
Tel: (812) 232-2434
Email: jboppjr@aol.com

|  | Respectfully submitted, |
|---|---|
| Roger M. Witten (D.C. Bar No. 163261) | Seth P. Waxman (D.C. Bar No. 257337) |
| WILMER CUTLER PICKERING | Randolph D. Moss (D.C. Bar No. 417749) |
|    HALE AND DORR LLP | WILMER CUTLER PICKERING |
| 399 Park Avenue |    HALE AND DORR LLP |
| New York, NY 10022 | 1875 Pennsylvania Avenue, N.W. |
| (212) 230-8800 | Washington, DC 20006 |
|  | (202) 663-6000 |