## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC., ) ) ) | |
| Plaintiff, ) | |
| ) v. ) ) | Civil Action No. 06-0614 (JWR, LFO, CKK) (Three-Judge District Court) |
| FEDERAL ELECTION COMMISSION, ) ) | |
| Defendant, ) ) | |
| and ) ) | |
| JOHN MCCAIN, RUSSELL FEINGOLD, ) CHRISTOPHER SHAYS, MARTIN ) MEEHAN, AND TOM ALLEN, ) ) | |
| Intervenor-Defendants. ) | |

**ORDER**

For the reasons stated in an accompanying Memorandum Opinion, it is this 9th day of May, 2006, hereby:

ORDERED: that the plaintiff's motion for preliminary injunction [Docket No. 4] is DENIED; and it is further

ORDERED: that the parties shall CONFER and SUBMIT, by May 22, 2006, a joint plan for the further administration of this case.

/s/

Judith W. Rogers
UNITED STATES CIRCUIT JUDGE

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

/s/

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE