United States District Court
District of Columbia

| | |
|---|---|
| **The Christian Civic League of Maine, Inc.,**<br>70 Sewall Street<br>Augusta, ME 04330,<br><br><div align="right">*Plaintiff,*</div><br>*v.*<br><br>**Federal Election Commission,**<br>999 E Street, NW<br>Washington, DC 20463,<br><br><div align="right">*Defendant.*</div> | **Cause No.** 1:06CV00614 (JWR, LFO, CKK)<br><br>THREE-JUDGE COURT |

## Notice of Appeal of Denial of Motion for Preliminary Injunction to United States Supreme Court

Plaintiff, The Christian Civic League of Maine, Inc. (the "League"), hereby gives notice that it appeals to the United States Supreme Court from this Court's *Memorandum Opinion* (Docket #30, dated and filed May 9, 2006) and *Order* (Docket #31, dated and filed May 9, 2006) which denied the League's Motion for Preliminary Injunction and is effectively a final decision in the matter.

Appeal is taken pursuant to 28 U.S.C. § 1253 (providing for direct appeal to the Supreme Court from decisions of three-judge courts denying an interlocutory injunction) and Section 403(a)(3) of the Bipartisan Campaign Reform Act of 2002, 116 Stat. 114 (Public Law 107-155)

Notice of Appeal of Denial
of Preliminary Injunction
to U.S. Supreme Court                          1

**RECEIVED**

MAY 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(providing for direct appeal to the Supreme Court of the "final decision" of this District Court).

Dated May 11, 2006                                          Respectfully submitted,

M. Miller Baker, D.C. Bar # 444736              James Bopp, Jr.*
Michael S. Nadel, D.C. Bar # 470144            BOPP, COLESON & BOSTROM
MCDERMOTT WILL & EMERY LLP                   1 South Sixth Street
600 Thirteenth Street, NW                              Terre Haute, IN  47807
Washington, D.C. 20005-3096                         812/232-2434 telephone
202/756-8000 telephone                                 812/234-3685 facsimile
202/756-8087 facsimile                                 *Lead Counsel for Plaintiff*
*Local Counsel for Plaintiff*                          *Admitted Pro Hac Vice*

**Notice of Appeal of Denial
of Preliminary Injunction
to U.S. Supreme Court**                                         2