# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

May 12, 2006

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States District Court for the District of
Columbia
United States Courthouse
3rd & Constitution Avenue, NW
Washington, DC 20001

Re: The Christian Civic League of Maine, Inc.
v. Federal Election Commission, et al.
No. 05-1447
(Your No. 06-0614) — LFO

Dear Clerk:

An appeal in the above-entitled case was filed in this Court May 12, 2006 and placed on the docket May 12, 2006, as No. 05-1447.

Sincerely,

**William K. Suter**, Clerk

by

Jeffrey Atkins
Supervisor-Case Analyst Division

RECEIVED

MAY 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT