

**David Kolker/FEC/US**
05/16/2006 11:03 AM

To: rcoleson@bopplaw.com, jboppjr@aol.com, mnadel@mwe.com, mbaker@mwe.com

cc: Kevin Deeley/FEC/US@FEC, hsummers@fec.gov, Steve Hajjar/FEC/US@FEC, jghebert@comcast.net, DSimon@SONOSKY.COM

bcc: Richard Bader/FEC/US@FEC

Subject: CCL -- district court conference

Gentlemen:

As you know, the district court ordered us to confer and submit a joint report by next Monday (May 22) about "further administration" of this case. Is there a time that would work for you tomorrow? The lawyers from our side are available during most of the day, except lunch time. Please let us know what times would work for you. Thanks.

--David



"Jeffrey Gallant"
<jgallant@bopplaw.com>
05/16/2006 11:22 AM

To <dkolker@fec.gov>
cc
bcc
Subject Re: CCL -- district court conference

History: 🡒 This message has been forwarded.

May 16, 2006

Because the case has been appealed, any action in the district court should be stayed until the Supreme Court resolves the appeal. The parties could then submit to the district court a plan for the further administration of the case in the district court within ten days of the resolution of the appeal.

----- Original Message -----
**From:** dkolker@fec.gov
**To:** rcoleson@bopplaw.com ; jboppjr@aol.com ; mnadel@mwe.com ; mbaker@mwe.com
**Cc:** kdeeley@fec.gov ; hsummers@fec.gov ; shajjar@fec.gov ; jghebert@comcast.net ; DSimon@SONOSKY.COM
**Sent:** Tuesday, May 16, 2006 11:03 AM
**Subject:** CCL -- district court conference

Gentlemen:

As you know, the district court ordered us to confer and submit a joint report by next Monday (May 22) about "further administration" of this case. Is there a time that would work for you tomorrow? The lawyers from our side are available during most of the day, except lunch time. Please let us know what times would work for you. Thanks.

--David



"Jeffrey Gallant" <jgallant@bopplaw.com>
05/17/2006 11:54 AM

To: <kdeeley@fec.gov>, <jghebert@comcast.net>, <rmoore@bopplaw.com>, <charleen.williams@usdoj.com>, <pryan@campaignlegalcenter.org>,
cc:
bcc:
Subject: CCL v. FEC

History: 🔁 This message has been replied to and forwarded.

May 17, 2006

Counsel:

This is intended to fulfill the requirement to confer pursuant to the May 9 Order of the D.C. District Court.

The Plaintiff's position on the further administration of this case in the district court is, as you know, that any action in that court should be stayed until the Supreme Court resolves the appeal. The parties could then submit to the district court a plan for the further administration of the case in the district court within ten days of the resolution of the appeal.

If Defendants and/or Intervenors have (a) different position(s), and wish to submit them to the court, please circulate them as necessary and please include the above position as Plaintiff's in the plan to be submitted.

Jeffrey Gallant
Bopp, Coleson & Bostrom
1 South 6th Street
Terre Haute, IN 47807
voice: 812-232-2434
fax: 812-235-3685
e-mail: jgallant@bopplaw.com

 David Kolker/FEC/US
05/17/2006 04:19 PM

To "Jeffrey Gallant" <jgallant@bopplaw.com>

cc <fwertheimer@democracy21.org>, "Gerry Hebert" <GHebert@campaignlegalcenter.org>, dsimon@sonosky.com, randolph.moss@wilmerhale.com

bcc Richard Bader/FEC/US@FEC; Lawrence Norton/FEC/US@FEC; Kevin Deeley/FEC/US@FEC; Harry Summers/FEC/US@FEC; Steve Hajjar/FEC/US@FEC

Subject Re: CCL v. FEC

Attached is a draft of the joint report due to the district court on Monday, May 22. It reflects the positions of the FEC and Intervenors, as well as our attempt to articulate the plaintiff's position. Please let us know of any changes or additions we should make to ensure that we have stated your position accurately. Thanks.



CCL May 22 joint report draft.doc

"Jeffrey Gallant" <jgallant@bopplaw.com>

 "Jeffrey Gallant" <jgallant@bopplaw.com>
05/17/2006 11:54 AM

To <kdeeley@fec.gov>, <jghebert@comcast.net>, <rmoore@bopplaw.com>, <charleen.williams@usdoj.com>, <pryan@campaignlegalcenter.org>, <seth.waxman@wilmerhale.com>, <Emily.C.Spadoni@usdoj.gov>, <dkolker@fec.gov>

cc

Subject CCL v. FEC


May 17, 2006

Counsel:

This is intended to fulfill the requirement to confer pursuant to the May 9 Order of the D.C. District Court.

The Plaintiff's position on the further administration of this case in the district court is, as you know, that any action in that court should be stayed until the Supreme Court resolves the appeal. The parties could then submit to the district court a plan for the further administration of the case in the district court within ten days of the resolution of the appeal.

If Defendants and/or Intervenors have (a) different position(s), and wish to submit them to the court, please circulate them as necessary and please include the above position as Plaintiff's in the plan to be submitted.

Jeffrey Gallant
Bopp, Coleson & Bostrom
1 South 6th Street
Terre Haute, IN 47807
voice: 812-232-2434
fax: 812-235-3685



| David Kolker/FEC/US | To | "Jeffrey Gallant" <jgallant@bopplaw.com> |
| 05/19/2006 04:28 PM | cc | jboppjr@aol.com, <fwertheimer@democracy21.org>, <ghebert@campaignlegalcenter.org>, <randolph.moss@wilmerhale.com>, |
| | bcc | Richard Bader/FEC/US@FEC |
| | Subject | Re: CCL v. FEC |

We look forward to receiving your additions to the report on Monday. Since we have not had a chance to confer by telephone to discuss your position, we would appreciate receiving your written additions by noon on Monday. We may need to modify our section in light of what we receive from you. Thanks for your cooperation.

--David Kolker

"Jeffrey Gallant" <jgallant@bopplaw.com>



| "Jeffrey Gallant" <jgallant@bopplaw.com> | To | <dkolker@fec.gov> |
| 05/19/2006 03:55 PM | cc | <jboppjr@aol.com> |
| | Subject | Re: CCL v. FEC |

We are drafting an extensive explanation of CCL's position regarding the further administration of this case before the district court. Since the court has asked for a joint proposal, signifying one document, we will submit it for inclusion in the plan for submission on Monday.

Regards

Jeff Gallant

----- Original Message -----
**From:** Jeffrey Gallant
**To:** jboppjr@aol.com
**Sent:** Wednesday, May 17, 2006 4:19 PM
**Subject:** Fw: CCL v. FEC

----- Original Message -----
**From:** dkolker@fec.gov
**To:** Jeffrey Gallant
**Cc:** fwertheimer@democracy21.org ; Gerry Hebert ; dsimon@sonosky.com ; randolph.moss@wilmerhale.com
**Sent:** Wednesday, May 17, 2006 4:19 PM
**Subject:** Re: CCL v. FEC

Attached is a draft of the joint report due to the district court on Monday, May 22. It reflects the positions of the FEC and Intervenors, as well as our attempt to articulate the plaintiff's position. Please let us know

of any changes or additions we should make to ensure that we have stated your position accurately.
Thanks.

| | | |
|---|---|---|
| "Jeffrey Gallant" <jgallant@bopplaw.com><br><br>05/17/2006 11:54 AM | To | <kdeeley@fec.gov>, <jghebert@comcast.net>, <rmoore@bopplaw.com>, <charleen.williams@usdoj.com>, <pryan@campaignlegalcenter.org>, <seth.waxman@wilmerhale.com>, <Emily.C.Spadoni@usdoj.gov>, <dkolker@fec.gov> |
| | cc | |
| | Subject | CCL v. FEC |

May 17, 2006

Counsel:

This is intended to fulfill the requirement to confer pursuant to the May 9 Order of the D.C. District Court.

The Plaintiff's position on the further administration of this case in the district court is, as you know, that any action in that court should be stayed until the Supreme Court resolves the appeal. The parties could then submit to the district court a plan for the further administration of the case in the district court within ten days of the resolution of the appeal.

If Defendants and/or Intervenors have (a) different position(s), and wish to submit them to the court, please circulate them as necessary and please include the above position as Plaintiff's in the plan to be submitted.

Jeffrey Gallant
Bopp, Coleson & Bostrom
1 South 6th Street
Terre Haute, IN 47807
voice: 812-232-2434
fax: 812-235-3685
e-mail: jgallant@bopplaw.com



"Jeffrey Gallant"
<jgallant@bopplaw.com>

05/22/2006 11:40 AM

To <dkolker@fec.gov>
cc
bcc
Subject Re: CCL v. FEC

History:     This message has been replied to and forwarded.

We are doing our best to finalize our additions, but they will likely not be ready by noon. We anticipate having it reviewed, etc. and ready to send to you around 2:00 p.m. We appreciate your cooperation as well.

----- Original Message -----
From: dkolker@fec.gov
To: Jeffrey Gallant
Cc: jboppjr@aol.com ; fwertheimer@democracy21.org ; ghebert@campaignlegalcenter.org ; randolph.moss@wilmerhale.com ; DSimon@SONOSKY.COM ; hsummers@fec.gov ; kdeeley@fec.gov ; shajjar@fec.gov
Sent: Friday, May 19, 2006 4:28 PM
Subject: Re: CCL v. FEC

We look forward to receiving your additions to the report on Monday. Since we have not had a chance to confer by telephone to discuss your position, we would appreciate receiving your written additions by noon on Monday. We may need to modify our section in light of what we receive from you. Thanks for your cooperation.

--David Kolker


"Jeffrey Gallant" <jgallant@bopplaw.com>

05/19/2006 03:55 PM

To <dkolker@fec.gov>
cc <jboppjr@aol.com>
Subject Re: CCL v. FEC

We are drafting an extensive explanation of CCL's position regarding the further administration of this case before the district court. Since the court has asked for a joint proposal, signifying one document, we will submit it for inclusion in the plan for submission on Monday.

Regards

Jeff Gallant

----- Original Message -----



"Jeffrey Gallant"
<jgallant@bopplaw.com>

05/22/2006 02:13 PM

To  <fwertheimer@democracy21.org>,
<ghebert@campaignlegalcenter.org>,
<randolph.moss@wilmerhale.com>,

cc

bcc

Subject  joint admin plan00

Here is our contribution to the joint administration plan.


joint admin plan00.wpd