UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC., ) ) ) ) Plaintiff, ) ) v. ) ) FEDERAL ELECTION COMMISSION, ) ) Defendant, ) ) and ) ) JOHN MCCAIN, RUSSELL FEINGOLD, CHRISTOPHER SHAYS, MARTIN MEEHAN, AND TOM ALLEN, ) ) ) ) Intervenor-Defendants. ) ) | Civil Action No. 06-0614 (JWR, LFO, CKK) (Three-Judge Court) |

ORDER

Section 403(a)(4) of the Bipartisan Campaign Reform Act of 2002 (the "Act"), Pub. L. No. 107-155, directs that "[i]t shall be the duty of the United States District Court for the District of Columbia . . . to advance on the docket and to expedite to the greatest possible extent the disposition of [any action challenging the constitutionality of any provision of the Act]." Accordingly, it is this 31st day of May, 2006 hereby:

ORDERED: that no stay is authorized at this time, and it is further

ORDERED: that a scheduling conference is set for 2:00 p.m. on Monday, June 5, 2006 in Courtroom 3. Counsel should attend the scheduling conference prepared to craft a schedule for discovery and briefing of anticipated dispositive motions.

/s/

Judith W. Rogers
UNITED STATES CIRCUIT JUDGE

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

/s/

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE