**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC., ) ) ) ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-0614 (JWR, LFO, CKK) |
| v. ) | (Three-Judge Court) |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| JOHN MCCAIN, RUSSELL FEINGOLD, ) CHRISTOPHER SHAYS, MARTIN ) MEEHAN, AND TOM ALLEN, ) | |
| ) | |
| Intervenor-Defendants. ) ) | |

ORDER

If the matter is not resolved on the merits by October 1, 2006, there is a risk that it will

become moot.  That considered, as well as the colloquies with the court at today's status

conference, it is this 5th day of June, 2006 hereby:

ORDERED: that on or before the close of business on June 15, 2006, the parties shall file

a plan for completion of discovery and dispositive motion briefing on the earliest practicable

date, employing such discovery mechanisms (e.g., interrogatories and requests for admissions) as

each may choose.  Each party shall file any opposition or response to its opponent's proposal on

or before the close of business on June 20, 2006; and it is further

SUGGESTED: that the parties confer with a view to submitting a single, agreed-to plan

on or before the close of business on June 15, 2006.

/s/

Judith W. Rogers
UNITED STATES CIRCUIT JUDGE

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

/s/

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE