UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTIAN CIVIC LEAGUE OF MAINE, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-0614 (JWR, LFO, CKK) (Three-Judge Court) |
| v. | ) ) | |
| FEDERAL ELECTION COMMISSION, | ) ) | ORDER |
| Defendant, | ) ) | |
| and | ) ) | |
| SEN. JOHN McCAIN *et al.,* | ) ) | |
| Intervening Defendants. | ) | |

**ORDER**

It is this ___ day of _____, 2006, hereby

ORDERED that defendant Federal Election Commission's motion to dismiss plaintiff's claims about hypothetical "grass roots lobbying" is hereby GRANTED; and it is further

ORDERED that plaintiff's claims about any "grass roots lobbying" beyond the "Crossroads" advertisement attached to the Verified Complaint are hereby DISMISSED.

                                                      Judith W. Rogers
                                                      UNITED STATES CIRCUIT JUDGE

                                                      Louis F. Oberdorfer
                                                      UNITED STATES DISTRICT JUDGE

2

_____
Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE

Case 1:06-cv-00614-LFO-CKK-JWR    Document 37-2    Filed 06/12/2006    Page 2 of 2