UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTIAN CIVIC LEAGUE OF MAINE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>Defendant,<br><br>and<br><br>JOHN McCAIN, RUSSELL FEINGOLD, CHRISTOPHER SHAYS, MARTIN MEEHAN, and TOM ALLEN,<br><br>Intervenor-Defendants. | Civ. Action No. 06-0614 (JWR, LFO, CKK)<br>(Three-Judge District Court) |

## MOTION OF INTERVENOR-DEFENDANTS FOR PARTIAL JUDGMENT ON THE PLEADINGS WITH SUPPORTING POINTS AND AUTHORITIES

Intervenor-Defendants Senator John McCain, Senator Russell Feingold, Representative Christopher Shays, Representative Martin Meehan, and Representative Tom Allen respectfully move, pursuant to Federal Rule of Civil Procedure 12(c), for Partial Judgment on the Pleadings.

Intervenor-Defendants agree that, for the reasons stated by Defendant Federal Election Commission, this Court should not decide abstract questions of law in the context of an as-applied challenge, and therefore that Plaintiff's case is not ripe with

respect to any hypothetical future advertisements.[1]  Intervenor-Defendants submit, however, that given this Court's proposal to resolve this case on an expedited basis, it need not decide this issue now but can instead do so at the same time it addresses the merits.

Dated this 12th day of June, 2006

                                        Respectfully submitted,

                                          /s/ J. Gerald Hebert

| | |
|---|---|
| Roger M. Witten (D.C. Bar No. 163261) | Seth P. Waxman (D.C. Bar No. 257337) |
| WILMER CUTLER PICKERING | *Counsel of Record* |
|    HALE AND DORR LLP | Randolph D. Moss (D.C. Bar No. 417749) |
| 399 Park Avenue | WILMER CUTLER PICKERING |
| New York, NY  10022 |    HALE AND DORR LLP |
| (212) 230-8800 | 2445 M Street, N.W. |
| | Washington, DC  20037 |
| | (202) 663-6000 |
| | |
| Trevor Potter (D.C. Bar No.413778) | Daniel R. Ortiz |
| J. Gerald Hebert (D.C. Bar No. 447676) | UNIVERSITY OF VIRGINIA SCHOOL OF LAW[*] |
| Paul S. Ryan | 580 Massie Road |
| CAMPAIGN LEGAL CENTER | Charlottesville, VA  22903 |
| 1640 Rhode Island Avenue, N.W. | (434) 924-3127 |
| Suite 650 | |
| Washington, DC  20036 | * For identification purposes only |
| (202) 736-2200 | |
| | |
| Donald J. Simon (D.C. Bar No. 256388) | Fred Wertheimer (D.C. Bar No. 154211) |
| SONOSKY, CHAMBERS, SACHSE, | DEMOCRACY 21 |
|    ENDRESON & PERRY, LLC | 1875 I Street, N.W. |
| 1425 K Street, N.W. | Suite 500 |
| Suite 600 | Washington, DC  20006 |
| Washington, DC  20005 | (202) 429-2008 |
| (202) 682-0240 | |

---

[1] This motion is limited to Plaintiff's request that this Court decide whether BCRA is unconstitutional as applied to some future advertisements that Plaintiff has yet to conceive, much less to design or to prepare.  The present motion does not seek dismissal of Plaintiff's claims to the extent they seek a declaration that BCRA is unconstitutional as applied to the "Crossroads" ad, under all of the relevant circumstances.

2

| | |
|---|---|
| Charles G. Curtis, Jr. | Bradley S. Phillips |
| David Anstaett | Grant A. Davis-Denny |
| HELLER EHRMAN WHITE & McAULIFFE LLP | MUNGER, TOLLES & OLSON LLP |
| One East Main Street | 355 South Grand Avenue |
| Suite 201 | 35th Floor |
| Madison, WI  53703 | Los Angeles, CA  90071 |
| (608) 663-7460 | (213) 683-9100 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2006, I served a copy of the foregoing Motion for Partial Judgment on the Pleadings and accompanying Declaration on the following counsel by filing these documents in the Court's Electronic Case Filing System:

> David Kolker
> Assistant General Counsel
> FEDERAL ELECTION COMMISSION
> 999 E Street, N.W.
> Washington, D.C. 20463
>
> James M. Bopp, Jr.
> BOPP, COLESON & BOSTROM
> 1 South Sixth Street
> Terre Haute, IN 47807

> /s/ J. Gerald Hebert
> J. Gerald Hebert