# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL ELECTION COMMISSION, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> JOHN MCCAIN, RUSSELL FEINGOLD, CHRISTOPHER SHAYS, MARTIN MEEHAN, AND TOM ALLEN, ) <br> ) <br> Intervenor-Defendants. ) | Civil Action No. 06-0614 (JWR, LFO, CKK) <br> (Three-Judge Court) |

## ORDER

The defendant has filed a "Motion to Dismiss Plaintiff's Claims Regarding Hypothetical 'Grass Roots Lobbying'" [docket number 37], and the intervenor-defendants have filed a "Motion . . . for Partial Judgment on the Pleadings with Supporting Points and Authorities" [docket number 39]. Also, as to the "Crossroads" portion of the case (i.e., the portion of the case not addressed by the just-mentioned motions of the defendant and intervenor-defendants), the case appears moot unless the "capable of repetition yet evading review" exception applies. That exception may not apply because the "Crossroads" advertisement portion of the case – particularly in this fact-centered, as-applied challenge – may not be "capable of repetition." Accordingly, it is this 23rd day of June, 2006 hereby:

ORDERED: that discovery in this case shall be stayed pending the briefing described below; and it is further

ORDERED: that the plaintiff file any opposition to the defendant's motion for partial dismissal and the intervenor-defendants' motion for partial judgment on the pleadings on or before Friday, June 30, 2006; and it is further

ORDERED: that the plaintiff show cause, on or before Friday, June 30, 2006, why the "Crossroads" portion of this case should not be dismissed as moot; and it is further

ORDERED: that the defendant and intervenor-defendants file any replies in support of their respective motions on or before Friday, July 7, 2006; and it is further

ORDERED: that the defendant and intervenor-defendants file papers addressing the mootness of the "Crossroads" portion of the case on or before Friday, July 7, 2006.

/s/

Judith W. Rogers
UNITED STATES CIRCUIT JUDGE

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

/s/

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE