United States District Court
District of Columbia

| | |
|---|---|
| **The Christian Civic League of Maine, Inc.** *Plaintiff*, v. **Federal Election Commission,** *Defendant*, and **John McCain et al.,** *Intervenor-Defendants*. | Cause No. **1:06CV00614** (JWR, LFO, CKK) THREE-JUDGE COURT |

# Order

This matter having come before the Court upon the Defendant FEC's Motion to Dismiss Certain of Plaintiff's Claims, and the Court having considered the motion, it is hereby ORDERED that Defendant FEC's Motion to Dismiss Certain of Plaintiff's Claims is DENIED. It is SO ORDERED this _____ day of _____, 2006.

_____
Judith W. Rogers
United States Circuit Judge

_____
Louis F. Oberdorfer
United States District Judge

_____
Colleen Kollar-Kotelly
United States District Judge