United States District Court
District of Columbia

| | |
|---|---|
| **The Christian Civic League of Maine, Inc.**<br>*Plaintiff,*<br>v.<br>**Federal Election Commission,**<br>*Defendant,*<br>and<br>**John McCain et al.,**<br>*Intervenor-Defendants.* | Cause No. **1:06CV00614** (JWR, LFO, CKK)<br><br>THREE-JUDGE COURT |

# Order

This matter having come before the Court upon the Motion of Intervenor-Defendants for Partial Judgment on the Pleadings and the Court having considered the motion, it is hereby ORDERED that Intervenor-Defendants' Motion for Partial Judgment on the Pleadings is DENIED. It is SO ORDERED this _____ day of _____, 2006.

_____
Judith W. Rogers
United States Circuit Judge

_____
Louis F. Oberdorfer
United States District Judge

_____
Colleen Kollar-Kotelly
United States District Judge