UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC., ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 06-0614 (JWR, LFO, CKK) |
| v. ) ) | (Three-Judge Court) |
| FEDERAL ELECTION COMMISSION, ) ) | |
| Defendant, ) ) | |
| and ) ) | |
| JOHN MCCAIN, RUSSELL FEINGOLD, CHRISTOPHER SHAYS, MARTIN MEEHAN, AND TOM ALLEN, ) ) ) ) | |
| Intervenor-Defendants. ) ) | |

ORDER

It is this 6th day of July, 2006 hereby:

ORDERED: that a hearing on the defendant's motion to dismiss in part [docket number 37], the intervenor-defendants' motion for partial judgment on the pleadings [docket number 39], and the court's suggestion of mootness [docket number 41] is scheduled for <u>10:00 a.m. on Tuesday, August 8, 2006 in Courtroom 3</u>.

/s/

Judith W. Rogers
UNITED STATES CIRCUIT JUDGE

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

/s/

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE