# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC., ) ) ) ) Plaintiff, ) ) v. ) ) FEDERAL ELECTION COMMISSION, ) ) Defendant, ) ) and ) ) JOHN MCCAIN, RUSSELL FEINGOLD, ) CHRISTOPHER SHAYS, MARTIN ) MEEHAN, AND TOM ALLEN, ) ) Intervenor-Defendants. ) ) | Civil Action No. 06-0614 (JWR, LFO, CKK) (Three-Judge Court) |

## ORDER

In their July 7, 2006 "Memorandum of Law on Issue of Mootness in Response to Order,"

the intervenor-defendants state:

> [T]o be blunt, the case has all the indicia of having been trumped up in the first place. As made plain by the record, this litigation apparently began when counsel, through Focus on the Family, contacted CCL, an organization that had neither intent nor funds to engage in any advertising until counsel supplied it with the text of the "Crossroads" ad and offered to represent it in an "appeal to the U.S. Supreme Court (which would result in a landmark ruling.)" Ex. B to FEC Opp'n to Mot. for Prelim. Inj. Plaintiff did not even raise the money to run the ad until after the complaint had been filed.

Intervenors' Mem. [docket number 45] at 7. The plaintiff has had no opportunity to respond.

Accordingly, it is this 18th day of July, 2006 hereby:

ORDERED: that the plaintiff *may* file a response to the foregoing statement on or before Tuesday, July 25, 2006.

/s/

Judith W. Rogers
UNITED STATES CIRCUIT JUDGE

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

/s/

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE