## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTIAN CIVIC LEAGUE OF MAINE, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-0614 (JWR, LFO, CKK) (Three-Judge Court) |
| v. | ) ) | |
| FEDERAL ELECTION COMMISSION, | ) ) | NOTICE |
| Defendant, | ) ) | |
| and | ) ) | |
| SEN. JOHN McCAIN *et al.,* | ) ) | |
| Intervening Defendants. | ) | |

## **NOTICE OF APPEARANCE**

Please take notice that, pursuant to LCvR 83.6(a), Richard Blair Bader hereby officially enters his appearance as counsel on behalf of Defendant Federal Election Commission ("FEC") in the above-captioned matter. The remaining undersigned attorneys also continue to represent the FEC in this matter.

Respectfully submitted,

_____/s/_____
Lawrence H. Norton
General Counsel

_____/s/_____
Richard B. Bader
Associate General Counsel
(D.C. Bar # 911073)

_____/s/_____
David Kolker
Assistant General Counsel
(D.C. Bar # 394558)

_____/s/_____
Harry J. Summers
Attorney

_____/s/_____
Kevin Deeley
Attorney

_____/s/_____
Steve N. Hajjar
Attorney


FOR THE DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C. 20463
(202) 694-1650
(202) 219-0260 (FAX)

Dated: July 20, 2006

2