## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC., | ) ) ) ) |  |
| Plaintiff, | ) ) | Civil Action No. 06-0614 (JWR, LFO, CKK) |
| v. | ) ) | (Three-Judge Court) |
| FEDERAL ELECTION COMMISSION, | ) ) ) |  |
| Defendant, | ) ) |  |
| and | ) ) |  |
| JOHN MCCAIN, RUSSELL FEINGOLD, CHRISTOPHER SHAYS, MARTIN MEEHAN, AND TOM ALLEN, | ) ) ) ) |  |
| Intervenor-Defendants. | ) ) |  |

ORDER

For the reasons explained in an accompanying memorandum opinion, it is this 27th day of September, 2006 hereby:

ORDERED: that Intervenor-Defendants' motion for partial judgment on the pleadings [docket number 39] is GRANTED; and it is further

ORDERED: that Defendant's motion to dismiss in part [docket number 37] is GRANTED; and it is further

ORDERED: that, Plaintiff having failed to show cause why the balance of its claims

should not be dismissed as moot, all remaining claims are DISMISSED as moot.

/s/

Judith W. Rogers
UNITED STATES CIRCUIT JUDGE

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

/s/

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE