## United States District Court
## District of Columbia

| | |
|---|---|
| The Christian Civic League of Maine, Inc.<br>*Plaintiff*,<br>v.<br>**Federal Election Commission,**<br>*Defendant*,<br>and<br>**John McCain et al.,**<br>*Intervenor-Defendants.* | Cause No. **1:06CV00614** (JWR, LFO, CKK)<br><br>THREE-JUDGE COURT |

## Notice of Appeal of Dismissal to U.S. Supreme Court

Plaintiff the Christian Civic League of Maine, Inc. ("the League") hereby gives notice that it appeals to the United States Supreme Court from this Court's Order (Docket #51, dated and filed September 27, 2006) granting Intervenor-Defendants' motion for partial judgment on the pleadings and Defendant's motion to dismiss in part and dismissing the League's remaining claims as moot.

Appeal is taken pursuant to 28 U.S.C. § 1253 (providing for direct appeal to the Supreme Court from decisions of three-judge courts denying a permanent injunction) and Section 403(a)(3) of the Bipartisan Campaign Reform Act of 2002, 116 Stat. 114 (Public Law 107-155) (providing for direct appeal to the Supreme Court of the "final decision" of this District Court).

|  | Respectfully submitted, |
|---|---|
|  | /s/ James Bopp, Jr. |
| M. Miller Baker, D.C. Bar # 444736 | James Bopp, Jr., D.C. Bar # CO0041 |
| Michael S. Nadel, D.C. Bar # 470144 | Bopp, Coleson & Bostrom |
| MCDERMOTT WILL & EMERY LLP | 1 South Sixth Street |
| 600 Thirteenth Street, NW | Terre Haute, IN  47807-3510 |
| Washington, D.C.  20005-3096 | 812/232-2434 telephone |
| 202/756-8000 telephone | 812/234-3685 facsimile |
| 202/756-8087 facsimile | *Lead Counsel for Plaintiff* |
| *Local Counsel for Plaintiff* |  |