# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

October 2, 2006

Clerk
United States District Court for the District of
Columbia
United States Courthouse
3rd & Constitution Avenue, NW
Washington, DC 20001

Re: The Christian Civic League of Maine, Inc.
v. Federal Election Commission, et al.
No. 05-1447
(Your No. 06-0614)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The appeal is dismissed as moot.

Sincerely,

**William K. Suter**, Clerk

RECEIVED
OCT 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT