SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

WILLIAM K. SUTER
CLERK OF THE COURT

November 3, 2006

AREA CODE 202
479-3011

Clerk
United States District Court
  for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC  20001

Re: The Christian Civic League of Maine, Inc.
v. Federal Election Commission, et al.
No. 05-1447  (Your docket No. 06-0614)

Dear Clerk:

Enclosed please find a certified copy of the judgment of this Court in the above-entitled case.

Kindly acknowledge receipt on the <u>attached copy of this letter</u>.

Sincerely,

WILLIAM K. SUTER, Clerk

By *[signature]*
Elizabeth Brown
Judgments/Mandates Clerk

Enc.
cc: James Bopp, Esq.
    Seth P. Waxman, Esq.

Solicitor General

RECEIVED
NOV 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Supreme Court of the United States

No.

05-1447

THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC.,

Appellant

v.

FEDERAL ELECTION COMMISSION, ET AL.

**ON APPEAL** from the United States District Court for the District of Columbia.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and the motions to dismiss or affirm.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the appeal is dismissed as moot.

October 2, 2006

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
Deputy