# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC., ) ) ) ) Plaintiff, ) ) v. ) ) FEDERAL ELECTION COMMISSION, ) ) Defendant, ) ) and ) ) JOHN MCCAIN, RUSSELL FEINGOLD, ) CHRISTOPHER SHAYS, MARTIN ) MEEHAN, AND TOM ALLEN, ) ) Intervenor-Defendants. ) | Civil Action No. 06-0614 (JWR, LFO, CKK) (Three-Judge Court) |

## ORDER

It is this third day of July, 2007 hereby:

ORDERED: that the parties to this action file a suggestion on or before July 13, 2007 as to how the parties and the court should proceed on remand in light of *Federal Election Commission v. Wisconsin Right to Life, Inc.*, 551 U.S. ___ (2007). *See* U.S. Supreme Court Orders List, re: No. 06-589 (June 29, 2007).

/s/

Judith W. Rogers
UNITED STATES CIRCUIT JUDGE

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

/s/

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE