Received
Mail Room

JUL - 5 2007

United States Courts of Appeals
District of Columbia Circuit

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 29, 2007

Clerk
United States District Court for the District of
Columbia
United States Courthouse
3rd & Constitution Avenue, NW
Washington, DC  20001

Re: The Christian Civic League of Maine, Inc.
v. Federal Election Commission, et al.
No. 06-589
(Your No. 06-0614) - LFO

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The judgment is vacated and the case is remanded to the United States District Court for the District of Columbia for further consideration in light of Federal Election Comm'n v. Wisconsin Right to Life, Inc., 551 U.S. ___ (2007).

Sincerely,

William K. Suter, Clerk

RECEIVED

JUL 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT