# Supreme Court of the United States

No. 06-589

THE CHRISTIAN CIVIC LEAGUE OF MAINE, INC.,

Appellant

v.

FEDERAL ELECTION COMMISSION, ET AL.

ON APPEAL from the United States District Court for the District of Columbia.

THIS CAUSE having been submitted on the statement as to jurisdiction and the motion to dismiss or affirm.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the judgment is vacated with costs, and the case is remanded to the United States District Court for the District of Columbia for further consideration in light of *Federal Election Comm'n v. Wisconsin Right to Life, Inc.*, 551 U.S. __ (2007).

IT IS FURTHER ORDERED that the appellant The Christian Civic League of Maine, Inc., recover from Federal Election Commission, et al., Three Hundred Dollars ($300.00) for costs herein expended.

June 29, 2007

Clerk's costs:       $300.00

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
                        Deputy